UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIAS ZEDAN,

    Plaintiff,

v.

SGL NO. 1 LIMITED,

    Defendant.

Case No. 20-cv-10680
Hon. Matthew F. Leitman

_____/

# JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

            KINIKIA ESSIX
            CLERK OF COURT

By:   s/Holly A. Monda
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 22, 2021
Flint, Michigan

1